FILED
2007 Oct-19 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE C. DOBYNE,** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>**CHARLIES JONES, Warden,** )<br>)<br>Respondent. ) | Civil Action No.  CV 01-S-1550-S |

### MEMORANDUM OPINION

On August 12, 2002, the petitioner, Willie C. Dobyne, filed a "Final Amended Petition for Writ of Habeas Corpus" by a person in custody under a judgment of a court of the State of Alabama.  *See* doc. no. 41; 28 U.S.C. § 2254.[1]  Dobyne was convicted of capital murder on May 6, 1992, and sentenced to death on June 24, 1992, in the Circuit Court for Bibb County, Alabama.  Prior to filing the present case, Dobyne unsuccessfully pursued relief from his conviction by way of direct and collateral review.

---

[1] Over the course of proceedings in this court, Dobyne has alleged a number of claims in four petitions: *i.e.*, his original "Petition for Writ of Habeas Corpus by a Person in State Custody" (doc. no. 1); an "Amended Petition for Writ of Habeas Corpus by a Person in State Custody" (doc. no. 5); a "Revised Amended Petition for Writ of Habeas Corpus" (doc. no. 34); and the "Final Amended Petition for Writ of Habeas Corpus" (doc. no. 41).

This court entered a Memorandum Opinion on April 13, 2007, in which Dobyne was granted evidentiary hearings regarding his Juror Misconduct and Eighth Amendment (*Atkins*) mental retardation claims, with "[a]ll other issues raised in Dobyne's final amended petition [being] held in abeyance, pending the conclusion of the evidentiary hearings on the issue addressed above." Doc. no. 63 at 72-73.

Dobyne now has filed a motion to dismiss his habeas petitions with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *See* doc. no. 82. In support of that motion, counsel for Dobyne represents, among other things, that:

> 2. On September 19, 2007, the parties entered into an agreement for Mr. Dobyne to be re-sentenced to life without parole in exchange for his relinquishing any and all further attacks upon his conviction and sentence.
>
> 3. On September 25, 2007, the parties filed in the Circuit Court of Bibb County, Alabama: Mr. Dobyne's Petition for Relief from Sentence of Death pursuant to Rule 32, Alabama Rules of Criminal Procedure (attached as Appendix A); the State's Answer to Mr. Dobyne's Petition (attached as Appendix B); the parties' Joint Motion and Agreement (attached as Appendix C); an affidavit from undersigned counsel (attached as [A]ppendix D); and the Agreement of the Parties Regarding Petitioner's Statement (attached as [A]ppendix E).
>
> 4. On October 4, 2007, the Circuit Court of Bibb County issued an order (attached as Appendix F) granting the parties' joint motion, vacating Mr. Dobyne's death sentence, and re-sentencing him to life imprisonment without parole.

   5. Pursuant to the parties' agreement, and as a result of the Circuit Court's October 4th Order, Petitioner moves to dismiss his petition filed under 28 U.S. § 2254.

*Id.* at 1-2.

  Careful examination of the Appendices attached to Dobyne's motion assures the court that the representations of counsel have been fully executed. Therefore, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Dobyne's motion to dismiss, with prejudice, his previously-filed petition for writ of habeas corpus, as thrice amended,[2] is due be granted.

  A separate Order shall entered contemporaneously herewith.

  **DONE** this 19th day of October, 2007.

              /s/ Lynwood Smith
              United States District Judge

---

[2] *See supra* note 1.